# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** III    **Investigating Agency** IRS

**City** Norwood

**County** Norfolk

**Related Case Information:**
- Superseding Ind./ Inf.: Information    Case No.: ___
- Same Defendant ___    New Defendant ___
- Magistrate Judge Case Number: ___
- Search Warrant Case Number: ___
- R 20/R 40 from District of: ___

## Defendant Information:

**Defendant Name:** Kamlesh Patel    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** ___

**Address:** (City & State) Towaco, New Jersey

**Birth date (Yr only):** 1957    **SSN (last4#):** 9055    **Sex:** M    **Race:** ___    **Nationality:** Indian

**Defense Counsel if known:** Richard Kiefer    **Address:** 2700 Market Tower, 10 West Market Street

**Bar Number:** ___    Indianapolis, IN 46204    jrkiefer@bgdlegal.com

## U.S. Attorney Information:

**AUSA:** Stephen Heymann    **Bar Number if applicable:** 558486

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: ___

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

## Location Status:

**Arrest Date:** ___

☐ Already in Federal Custody as of ___ in ___

☐ Already in State Custody at ___    ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: ___ on ___

**Charging Document:** ☐ Complaint    ☑ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** August 30, 2017    **Signature of AUSA:** _(signed)_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Kamlesh Patel

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 31 USC 5324(b)(3) | Structuring Transactions to Evade Reporting Requirements | 1 |
| Set 2 | 15 USC 376 | Aiding and Abetting the Failure to Make Required Reports to a Tax Administator | 2 |
| Set 3 | | Forfeiture | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____